IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ZORA JONES, Individually and on
behalf of others similarly situated                                                      PLAINTIFF

v.                               Case No. 1:20-cv-1047

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                                        DEFENDANT

## ORDER

Before the Court is Plaintiff's Renewed Motion to Stay Proceedings. ECF No. 26. Plaintiff states that this motion is unopposed. The Court finds this matter ripe for consideration.

On January 7, 2021, this Court granted Plaintiff's request for a stay for eight (8) weeks due to the death of Plaintiff, Zora Jones. ECF No. 21. On March 9, 2021, this Court granted in part and denied in part Plaintiff's request to extend the stay for three weeks. ECF No. 23. On March 30, 2021, Plaintiff filed the instant motion requesting an extension of the stay pending the United States Supreme Court's ruling in *Facebook, Inc. v. Duguid*, 141 S. Ct. 193 (2020).[1]

Since the Supreme Court has issued a decision on the above mentioned case, the Court finds that Plaintiff's Motion to Stay Proceedings (ECF No. 26) should be and hereby is **DENIED**. Thus, the stay of this case is **LIFTED**.

**IT IS SO ORDERED**, this 23rd day of July, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] The United States Supreme Court announced its decision in Facebook, Inc. v. Duguid on April 1, 2021. https://www.supremecourt.gov/opinions/20pdf/19-511_p86b.pdf