IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LAUREN CROSS, in her capacity as
executrix of the estate of Zona Jones
and on behalf of others similarly
situated                                                                                          PLAINTIFF

v.                              Civil No. 1:20-cv-1047

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                                DEFENDANT

# ORDER

Before the Court is Defendant's Motion for Protective Order (ECF No. 53) and Plaintiff's Motion to Extend the Deadline to File a Response to that motion. (ECF No. 59). While both motions were pending, the Court granted the parties request to extend the deadline to move for class certification. (ECF No. 55). Defendant has now filed a Motion to Withdraw its Motion for Protective Order Without Prejudice. (ECF No. 60). Defendant states that the continuance of the class certification deadline has removed its need to pursue a protective order at this time. Defendant states that Plaintiff does not oppose the Motion to Withdraw.

Upon consideration, the Court finds that good cause has been demonstrated and that Defendant's Motion to Withdraw its Motion for Protective Order (ECF No. 60) should be **GRANTED**. Defendant's Motion for Protective Order (ECF No. 53) is hereby **WITHDRAWN**. Plaintiff's Motion to Extend (ECF No. 59) is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 5th day of January, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge